**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1754**

_____

HRA VILLAGE GREEN LLC,

        Plaintiff - Appellee,

    v.

SONYA OWENS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00062-BO-RN)

_____

Submitted:  October 23, 2023                      Decided:  November 7, 2023

_____

Before QUATTLEBAUM and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Sonya Owens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonya Owens appeals the district court's order remanding her case to state court.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *HRA Village Green LLC v. Owens*, No. 5:23-cv-00062-BO-RN (E.D.N.C. July 11, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Owens attempted to remove her civil case to federal court pursuant to 28 U.S.C. § 1443, we have jurisdiction over this appeal. *See* 28 U.S.C. § 1447(d).